UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MELISSA DIAZ, | : |
| Plaintiff | : CASE NO. 3:23-cv-652 |
| v. | : |
| WAL-MART STORES EAST, LP | : |
| Defendant. | : MAY 19, 2023 |

## NOTICE OF REMOVAL

TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

1. Defendant Wal-Mart Stores East, LP ("defendant" or "Wal-Mart") hereby notices the removal of this action to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, based on federal question jurisdiction. The bases for this removal are as follows:

2. On or about April 25, 2023, plaintiff Melissa Diaz ("plaintiff") filed a civil action against defendant in the Superior Court of Connecticut, Judicial District of New London, Docket No. KNL-CV23-6061311-S. A copy of the Summons and Complaint is attached hereto as Exhibit A, pursuant to 28 U.S.C. § 1446(d). This is the only process, pleadings and orders known by defendant to have been served in this action.

3. Defendant first received notice of the state court action on or about April 20, 2023, when process was served.

4. Accordingly, pursuant to 28 U.S.C. § 1446(b), this Notice of Removal has been timely filed within thirty (30) days after defendant initially received notice of the lawsuit filed in state court.

5. The state court action was filed in the Superior Court of Connecticut, Judicial District of New London. Therefore, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

6. In her Complaint, plaintiff purports to allege claims for disability-based discrimination in violation of the Connecticut Fair Employment Practices Act ("CFEPA"), Conn. Gen. Stat. §§ 46a-60, *et seq.* (First Cause of Action), and the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12101, *et seq*. (Second Cause of Action). The remedies sought by plaintiff include lost wages and benefits, compensatory damages for emotional distress, attorneys' fees, and costs.

7. This action is properly removable because the United States District Court has original federal question jurisdiction over the Second Cause of Action alleged in plaintiff's Complaint, seeking relief under the ADA, a federal statute, pursuant to 28 U.S.C. § 1331, which provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

8. This Court has supplemental jurisdiction over the First Cause of Action alleged in plaintiff's Complaint, a state law claim, pursuant to 28 U.S.C. § 1367, which provides that "…in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." All of plaintiff's claims against defendant are based on the same core factual allegations. Indeed, the facts alleged in the First Cause of Action are incorporated by reference into the Second Cause of Action and therefore form the basis of both the federal and state law claims. Thus, the ADA claim alleged in the Second Cause of Action clearly arises from

the same events underlying the CFEPA claim alleged in the First Cause of Action. This Court may therefore properly exercise supplemental jurisdiction over the First Cause of Action.

9. Defendant has filed a timely appearance in the state court action.

10. Defendant has not filed a responsive pleading in state court and no other proceedings have transpired in that action.

11. Pursuant to 28 U.S.C. § 1446, copies of this Notice of Removal have been served on all adverse parties and upon the Clerk of the state court.

12. By removing this matter, defendant does not waive or intend to waive any available defenses.

**WHEREFORE,** defendant respectfully requests that this Honorable Court take jurisdiction of this action and issue all necessary orders and process to remove said action from the Superior Court of Connecticut, Judicial District of New London, to the United States District Court for the District of Connecticut.

            Respectfully submitted,

            DEFENDANT,
            WAL-MART STORES EAST, LP.

            By: */s/ Lawrence Peikes*
              Lawrence Peikes (ct07913)
              lpeikes@wiggin.com
              Nicole M. Dwyer (ct30978)
              ndwyer@wiggin.com
              WIGGIN AND DANA LLP
              Its Attorneys
              Two Stamford Plaza
              281 Tresser Boulevard
              Stamford, Connecticut 06901
              (203) 363-7600

## CERTIFICATE OF SERVICE

This is to certify that on the 19th day of May 2023, a copy of the foregoing Notice of Removal was served electronically on the following:

John E. Sheer, Esq.<br>
Lorenzo J. Cicchiello, Esq.<br>
Law Offices of Cicchiello & Cicchiello<br>
582 West Main Street<br>
Norwich, CT 06360<br>
John.cnc.attorneys@gmail.com

                                                                */s/ Nicole M. Dwyer*  
                                                                 Nicole M. Dwyer

24860\45\4860-2683-7092.v1