# EXHIBIT A



CT Corporation
Service of Process Notification
04/20/2023
CT Log Number 543675048

## Service of Process Transmittal Summary

| | |
|---|---|
| **TO:** | KIM LUNDY- EMAIL<br>Walmart Inc.<br>GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200<br>BENTONVILLE, AR 72712-3148 |
| **RE:** | **Process Served in Connecticut** |
| **FOR:** | Wal-Mart Stores East, LP  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: DIAZ MIELISSA // To: Wal-Mart Stores East, LP |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Statement |
| **COURT/AGENCY:** | New London - Superior Court - Judicial District, CT<br>Case # None Specified |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination - 06/25/2021 |
| **PROCESS SERVED ON:** | C T Corporation System, East Hartford, CT |
| **DATE/METHOD OF SERVICE:** | By Process Server on 04/20/2023 at 11:22 |
| **JURISDICTION SERVED:** | Connecticut |
| **APPEARANCE OR ANSWER DUE:** | On or before the second day after 05/30/2023 |
| **ATTORNEY(S)/SENDER(S):** | John E. Sheer<br>Law Offices of Cicchiello & Cicchiello, LLC<br>582 West Main Street<br>Norwich, CT 06360<br>860-886-9300 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/20/2023, Expected Purge Date: 04/30/2023<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>67 Burnside Ave<br>East Hartford, CT 06108<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



## PROCESS SERVER DELIVERY DETAILS

**Date:** Thu, Apr 20, 2023
**Server Name:** Drop Service

| Entity Served | WAL-MART STORES EAST, LIMITED PARTNERSHIP |
|---|---|
| Case Number | |
| Jurisdiction | CT |

| Inserts | |
|---|---|
| | |



**SUMMONS - CIVIL**
JD-CV-1   Rev. 2-22
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 70 Huntington Street, New London 06320 | ( 860 ) 443 – 5363 | 05/30/2023 |

| | G.A. | At *(City/Town)* | Case type code *(See list on page 2)* |
|---|---|---|---|
| ☒ Judicial District ☐ Housing Session | Number: ___ | New London | Major: **T**   Minor: **90** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
|---|---|
| Law Offices of Cicchiello & Cicchiello, LLC | 419515 |

| Telephone number | Signature of plaintiff *(if self-represented)* |
|---|---|
| ( 860 ) 886 – 9300 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☐ Yes   ☒ No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)*

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| First plaintiff | Name: Diaz, Melissa<br>Address: 19 Dart Street, New London, CT 06320 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: Wal-Mart Stores East, L.P.<br>Address: 702 SW 8th St., Bentonville, AR 72716   AFS: C T Corporation System   67 Burnside Ave., East Hartford, CT 06108-3408 | D-01 |
| Additional defendant | Name:<br>Address: | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

**Notice to each defendant**
1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
**The court staff is not allowed to give advice on legal matters.**

| Date | Signed *(Sign and select proper box)* | ☒ Commissioner of Superior Court<br>☐ Clerk | Name of person signing<br>John E. Sheer, Esq. |
|---|---|---|---|
| 4/17/23 | | | |

If this summons is signed by a Clerk:
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|

## Instructions

1. Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.
2. If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.
3. Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.
4. After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.
5. Use this summons for the case type codes shown below.

    Do not use this summons for the following actions:
    (a) Family matters (for example divorce, child support, custody, parentage, and visitation matters)
    (b) Any actions or proceedings in which an attachment, garnishment or replevy is sought
    (c) Applications for change of name
    (d) Probate appeals
    (e) Administrative appeals
    (f) Proceedings pertaining to arbitration
    (g) Summary Process (Eviction) actions
    (h) Entry and Detainer proceedings
    (i) Housing Code Enforcement actions

## Case Type Codes

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|
| Contracts | C 00 | Construction - All other |
| | C 10 | Construction - State and Local |
| | C 20 | Insurance Policy |
| | C 30 | Specific Performance |
| | C 40 | Collections |
| | C 50 | Uninsured/Underinsured Motorist Coverage |
| | C 60 | Uniform Limited Liability Company Act – C.G.S. 34-243 |
| | C 90 | All other |
| Eminent Domain | E 00 | State Highway Condemnation |
| | E 10 | Redevelopment Condemnation |
| | E 20 | Other State or Municipal Agencies |
| | E 30 | Public Utilities & Gas Transmission Companies |
| | E 90 | All other |
| Housing | H 10 | Housing - Return of Security Deposit |
| | H 12 | Housing - Rent and/or Damages |
| | H 40 | Housing - Housing - Audita Querela/Injunction |
| | H 50 | Housing - Administrative Appeal |
| | H 60 | Housing - Municipal Enforcement |
| | H 90 | Housing - All Other |
| Miscellaneous | M 00 | Injunction |
| | M 10 | Receivership |
| | M 15 | Receivership for Abandoned/Blighted Property |
| | M 20 | Mandamus |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) |
| | M 40 | Arbitration |
| | M 50 | Declaratory Judgment |
| | M 63 | Bar Discipline |
| | M 66 | Department of Labor Unemployment Compensation Enforcement |
| | M 68 | Bar Discipline - Inactive Status |
| | M 70 | Municipal Ordinance and Regulation Enforcement |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |
| | M 83 | Small Claims Transfer to Regular Docket |
| | M 84 | Foreign Protective Order |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 |
| | M 90 | All other |

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|
| Property | P 00 | Foreclosure |
| | P 10 | Partition |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | P 30 | Asset Forfeiture |
| | P 90 | All other |
| Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | T 03 | Defective Premises - Private - Other |
| | T 11 | Defective Premises - Public - Snow or Ice |
| | T 12 | Defective Premises - Public - Other |
| | T 20 | Products Liability - Other than Vehicular |
| | T 28 | Malpractice - Medical |
| | T 29 | Malpractice - Legal |
| | T 30 | Malpractice - All other |
| | T 40 | Assault and Battery |
| | T 50 | Defamation |
| | T 61 | Animals - Dog |
| | T 69 | Animals - Other |
| | T 70 | False Arrest |
| | T 71 | Fire Damage |
| | T 90 | All other |
| Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | V 05 | Motor Vehicles* - Property Damage only |
| | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | V 09 | Motor Vehicle* - All other |
| | V 10 | Boats |
| | V 20 | Airplanes |
| | V 30 | Railroads |
| | V 40 | Snowmobiles |
| | V 90 | All other *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | W 90 | All other |

| | |
|---|---|
| RETURN DATE: MAY 30, 2023 | : SUPERIOR COURT |
| MIELISSA DIAZ | : J. D. OF NEW LONDON |
| VS. | : AT NEW LONDON |
| WAL-MART STORES EAST, LP | : APRIL 17, 2023 |

## COMPLAINT

**COUNT ONE:**   **Wrongful Termination (Disability) - General Statutes § 46a-60(b)(1)**

1. At all times mentioned herein, the **plaintiff, Melissa Diaz**, a female, was and is a resident of the City of New London, County of New London, and State of Connecticut.

2. At all times mentioned herein, the **defendant, Wal-Mart Stores East, LP**, was and is a limited partnership licensed to conduct business in the State of Connecticut and operates a Walmart retail store located at 155 Waterford Parkway North in Waterford, Connecticut. At all times stated herein, there were at least 20 employees employed by the defendant.

3. On or about August 3, 2020, the plaintiff was hired by the defendant to work as a stock person at the defendant's Walmart store in Waterford, Connecticut.

4. On or about September 14, 2020, the plaintiff suffered a work-related injury to her left foot. The plaintiff was diagnosed with a fracture and crush injury.

5. The plaintiff's work injury was severe and required extensive medical treatment. These injuries also significantly limited one or more of the plaintiff's major life activities.

6. As a result of this work injury, the plaintiff filed a claim for workers' compensation benefits on or about November 6, 2020 and exercised her rights under the Connecticut Workers' Compensation Act.

7.  On or about September 23, 2020, the plaintiff was returned to modified work duties. However, the plaintiff was still able to perform the essential functions of her position in a satisfactory and capable manner.

8.  After suffering the aforementioned work injury, the plaintiff endured a course of discrimination by the defendant, its agents, servants, or employees because of plaintiff's physical disability. In particular, conduct discriminatory and harassing in nature against plaintiff by defendant, its agents, servants or employees consisted of the following:

   a.  On or about September 23, 2020, the plaintiff returned to work with medical restrictions, but the defendant did not place the plaintiff in a light duty position until October 15, 2020.

   b.  The defendant's light duty assignment did not honor the plaintiff's work restrictions. The plaintiff was placed in the Garden Center and was exposed to harsh elements and rats that would run through the department. The light duty assignment exceeded plaintiff's work restrictions.

   c.  The store manager, Joelle Harfouch, treated the plaintiff and her work restrictions with contempt, providing limited opportunity for breaks and no opportunity for restroom breaks. When plaintiff worked as a greeter, the plaintiff would need a stool to sit on to relieve pain in her foot. Ms. Harfouch would shout at the plaintiff in front of customers in a rude and demeaning manner, ordering the plaintiff to stop sitting on the stool.

    d.      The plaintiff required continued medical treatment and time off work for reasons associated with her work injury, but the plaintiff complied with proper procedures when calling out of work.

    e.      On or about June 25, 2021, the defendant terminated plaintiff's employment for the stated reason of attendance issues. The stated reason for termination was false as the defendant treated employees without disabilities and medical restrictions more favorably than the plaintiff. The defendant applied the attendance policy to the plaintiff's situation in a discriminatory manner.

9.    The defendant discriminated against plaintiff and discharged plaintiff's employment because of plaintiff's disability in violation of Connecticut General Statutes § 46a-60(b)(1).

10.    The plaintiff initiated a complaint to the Connecticut Commission on Human Rights and Opportunities (CHRO), which was filed concurrently with the Equal Employment Opportunity Commission (EEOC), for her state and federal complaints and has exhausted all administrative remedies having received a Release of Jurisdiction from the CHRO on or about March 10, 2023 and the EEOC on or about April 3, 2023.

11.    As a proximate result of defendant's unlawful discrimination, the plaintiff has been and will be deprived in the future of substantial employment wages and earnings.

12.    As a further result of defendant's unlawful discrimination, the plaintiff has been and will be deprived in the future of health and medical insurance benefits, retirement and pension benefits, vacation pay, sick pay and other benefits made available through her employment.

13. As a further result of defendant's unlawful discrimination, the plaintiff has suffered and will continue to suffer in the future, emotional and psychological pain and suffering, mental anguish, humiliation, embarrassment and low self-esteem.

**COUNT TWO:** **Violation of the Americans with Disabilities Act**

1-8. Paragraphs one through eight of Count One are incorporated herein and made paragraphs one through eight of this Count Two as if fully set forth herein.

9. The defendant discriminated against plaintiff and discharged plaintiff's employment because of her physical disability in violation of the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq.

10. The plaintiff initiated a complaint to the Connecticut Commission on Human Rights and Opportunities (CHRO), which was filed concurrently with the Equal Employment Opportunity Commission (EEOC), for her state and federal complaints and has exhausted all administrative remedies having received a Release of Jurisdiction from the CHRO on or about March 10, 2023 and the EEOC on or about April 3, 2023.

11. As a proximate result of defendant's unlawful discrimination, the plaintiff has been and will be deprived in the future of substantial employment wages and earnings.

12. As a further result of defendant's unlawful discrimination, the plaintiff has been and will be deprived in the future of health and medical insurance benefits, retirement and pension benefits, vacation pay, sick pay and other benefits made available through her employment.

13. As a further result of defendant's unlawful discrimination, the plaintiff has suffered and will continue to suffer in the future, emotional and psychological pain and suffering, mental anguish, humiliation, embarrassment and low self-esteem.

**WHEREFORE**, the plaintiff claims:

1. Money damages;

2. Attorney's fees and costs;

3. Such other remedies as available under law and/or equity and as the Court deems appropriate;

4. A trial by jury.

                        THE PLAINTIFF, MELISSA DIAZ

BY    */s/ John E. Sheer*
       John E. Sheer, Esq.
       Lorenzo J. Cicchiello, Esq.
       Law Offices of Cicchiello & Cicchiello, LLC
       582 West Main Street
       Norwich, CT 06360
       860.886.9300 phone
       860.886.5963 fax
       Firm Juris # 419515

| | |
|---|---|
| RETURN DATE: MAY 30, 2023 | : SUPERIOR COURT |
| MIELISSA DIAZ | : J. D. OF NEW LONDON |
| VS. | : AT NEW LONDON |
| WAL-MART STORES EAST, LP | : APRIL 17, 2023 |

## STATEMENT OF AMOUNT OF DEMAND

The amount of demand for the above matter is greater than FIFTEEN THOUSAND DOLLARS ($15,000.00), exclusive of costs and interest.

THE PLAINTIFF, MELISSA DIAZ

BY   /s/ John E. Sheer
John E. Sheer, Esq.
Lorenzo J. Cicchiello, Esq.
Law Offices of Cicchiello & Cicchiello, LLC
582 West Main Street
Norwich, CT 06360
860.886.9300 phone
860.886.5963 fax
Firm Juris # 419515